# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| ROBERT DUDENBOSTAL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>DOT FOODS, INC., et al.,<br><br>Defendants. | Case No. 3:26-cv-03023-SEM-DJQ |

## ENTRY OF APPEARANCE

COMES NOW Winthrop B. Reed, III, of the law firm Lewis Rice LLC and, while expressly reserving all objections and defenses to the Class Action Complaint, including as to personal jurisdiction and venue, hereby enters his appearance on behalf of Defendants Dot Foods, Inc. and Dot Transportation, Inc. in the above-captioned action.

Respectfully submitted,

**LEWIS RICE LLC**

Dated: February 13, 2026

By: /s/ Winthrop B. Reed, III
Winthrop B. Reed, III, IL Bar No. 6227062
600 Washington Avenue, Suite 2500
St. Louis, Missouri 63101
Telephone: (314) 444-7617
Facsimile: (314) 612-7617
wreed@lewisrice.com

*Attorney for Defendants Dot Foods, Inc. and Dot Transportation, Inc.*