# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS

|  |  |
|---|---|
| ROBERT DUDENBOSTAL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>DOT FOODS, INC., et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) Case No. 3:26-cv-03023-SEM-DJQ<br>)<br>)<br>)<br>)<br>) |

## DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO CLASS ACTION COMPLAINT

COMES NOW Defendants Dot Foods, Inc. and Dot Transportation, Inc. ("Defendants"), by and through undersigned counsel, and hereby move this Court pursuant to Fed. R. Civ. P. 6(b) to extend the time for Defendants' to answer, move, or otherwise respond to Plaintiff's Class Action Complaint (the "Complaint").

1. Plaintiff filed the Complaint on January 21, 2026. (Doc. #. 1.)

2. Defendant Dot Foods received service of process on January 22, 2026, and Dot Transportation received serviced of process on January 23, 2026. (Doc. #s: 3-4.) Accordingly, Defendants' original dates to answer, move, or otherwise respond to the Complaint, are February 12, 2026, and February 13, 2026, respectively. (*Id.*)

3. Plaintiff's counsel previously agreed to an extension of Defendants' deadlines to respond to the Complaint up through and including February 24, 2026.

4. Defendants require additional time to review and investigate Plaintiff's claims and allegations and prepare their response. In addition, several other putative class actions have been filed asserting ostensibly similar allegations and putative class definitions. Additional time is

needed for Defendants to complete their investigation into Plaintiff's claims and allegations, assess the other actions, and prepare appropriate responses.

5. This is Defendants' first request for an extension of time to respond to the Complaint. This Unopposed Motion is made in good faith and not for purposes of delay. Accordingly, good cause exists for granting the requested relief.

6. A Proposed Order granting this Unopposed Motion is filed concurrently herewith.

WHEREFORE, Defendants respectfully request that the Court enter an Order extending the date for Defendants' to answer, move, or otherwise respond to the Complaint up through and including February 24, 2026, and provide such other and further relief as is just and proper.

Respectfully submitted,

**LEWIS RICE LLC**

Dated: February 13, 2026

By: /s/   Winthrop B. Reed, III
Winthrop B. Reed, III, IL Bar No. 6227062
Edward T. Pivin, IL Bar No. 6308081
600 Washington Avenue, Suite 2500
St. Louis, Missouri 63101
Telephone: (314) 444-7600
Facsimile: (314) 612-7851
wreed@lewisrice.com
epivin@lewisrice.com

*Attorneys for Defendants Dot Foods, Inc. and Dot Transportation, Inc.*