# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| ROBERT DUDENBOSTAL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>DOT FOODS, INC., et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) Case No. 3:26-cv-03023-SEM-DJQ<br>)<br>)<br>)<br>)<br>) |

## [PROPOSED] ORDER

THIS CAUSE having come before the Court upon Defendants' Unopposed Motion for Extension of Time to Respond to the Class Action Complaint (the "Motion"), filed by Defendants Dot Foods, Inc. and Dot Transportation, Inc. ("Defendants"), it is hereby ORDERED that the Motion is **GRANTED** and that Defendants' deadline to answer, move, or otherwise respond to the Class Action Complaint is extended up through and including February 24, 2026.

IT IS ORDERED.

Dated: February __, 2026          _____
                                                      U.S. DISTRICT JUDGE