### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| ROBERT DUDENBOSTAL, individually and on behalf of all others similarly situated, ) ) ) ) Plaintiff, ) ) vs. ) ) DOT FOODS, INC., et al., ) ) Defendants. ) ) | Case No. 3:26-cv-03023-SEM-DJQ |

### MOTION TO WITHDRAW

COMES NOW, undersigned counsel, Winthrop B. Reed, III of Lewis Rice LLC, and hereby respectfully seeks leave of Court to withdraw his appearance as counsel for Defendants Dot Foods, Inc. and Dot Transportation, Inc. (collectively, "Defendants") in the above-captioned matter. Defendants will continue to be represented by counsel of record from Husch Blackwell, LLP, Daniel G. Solomon, who has entered his appearance on behalf of Defendants. (See Doc. #: 7.). This Motion is not made for purpose of delay, and no party will be prejudiced by the requested withdrawal. A proposed Order granting the requested relief is filed concurrently herewith.

WHEREFORE, undersigned counsel Winthrop B. Reed, III respectfully requests that the Court grant this Motion to Withdraw and award such other and further relief as is just and proper.

Respectfully submitted,

**LEWIS RICE LLC**

Dated: February 24, 2026

By: /s/    Winthrop B. Reed, III
Winthrop B. Reed, III, IL Bar No. 6227062
Edward T. Pivin, IL Bar No. 6308081
600 Washington Avenue, Suite 2500
St. Louis, Missouri 63101
Telephone: (314) 444-7600
Facsimile: (314) 612-7851
wreed@lewisrice.com
epivin@lewisrice.com

*Attorneys for Defendants Dot Foods, Inc. and Dot Transportation, Inc.*

2