**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**

| | |
|---|---|
| ROBERT DUDENBOSTAL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>DOT FOODS, INC., et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) Case No. 3:26-cv-03023-SEM-DJQ<br>)<br>)<br>)<br>)<br>) |

**[PROPOSED] ORDER**

THIS CAUSE having come before the Court upon the Motion to Withdraw (the "Motion") filed by counsel for Defendants Dot Foods, Inc. and Dot Transportation, Inc. ("Defendants"), Winthrop B. Reed, III, it is hereby ORDERED that the Motion is **GRANTED.**

IT IS ORDERED.

Dated: _____, 2026              _____
                                                                 U.S. DISTRICT JUDGE