AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| ROBERT DUDENBOSTAL | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 3:26-cv-03023 |
| DOT FOODS, INC., et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

DOT Foods, Inc. and DOT Transportation, Inc.

Date: 02/24/2026

*Attorney's signature*

Daniel G. Solomon
*Printed name and bar number*

1801 Pennsylvania Avenue, NW, Suite 1000
Washington, DC 20006
*Address*

danny.solomon@huschblackwell.com
*E-mail address*

(202) 378-2391
*Telephone number*

(202) 378-2319
*FAX number*